AARON D. FARMER et al., Appellants, *v.* WILLIAM P. SHANNON, Respondent.

Reported below, 22 J. & S. 346.

(Argued October 21, 1889; decided November 26, 1889.)

APPEAL from order of the General Term of the Superior Court of the city of New York, made February 14, 1887, which reversed a judgment in favor of plaintiffs, entered upon the report of a referee and ordered a new trial.

*Charles M. Earle* for appellants.

*E. F. Bullard* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.